UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 11-32179-DHW
                                                Chapter 13
VIRGINIA S. BROWDER,

    Debtor.

## ORDER REDUCING CLAIM

The debtor filed an objection (Doc. # 85) to Claim #17 of Capital Pawn. The objection came on for hearing on February 29, 2016. For the reasons stated in open court, it is

ORDERED that the Objection is SUSTAINED, and the claim is REDUCED to the amount paid.

Done this 29th day of February, 2016.

*/s/ Dwight A. Williams, Jr.*
Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtor
    Richard D. Shinbaum, Attorney for Debtor
    Capital Pawn, Creditor
    Curtis C. Reding, Trustee